FILED

2026 Mar-02  PM 02:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

FILED

2026 MAR -2  P 12: 32

U.S. DISTRICT COURT
N.D. OF ALABAMA

_____
*Plaintiff,*

Nathan Woodard

}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}

v.

Case No.:_____
*(to be filled in by the Clerk's Office)*

JURY TRIAL ☒ Yes   ☐ No

_____
*Defendant(s),*

T-Mobile USA, Inc.

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

   A.    **The Plaintiff**

| | |
|---|---|
| Name | Nathan Woodard |
| Street Address | 29877 Glenrose Way |
| City and County | Harvest, Limestone County |
| State and Zip Code | Alabama 35749 |
| Telephone Number | 256-929-5782 |
| E-mail Address *(if known)* | woodardnathan10@yahoo.com |

☒    Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.

3-2-26
**Date**

_____
**Participant Signature**

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

II.     **Basis for Jurisdiction**

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | T-Mobile USA, Inc. |
| Job or Title *(if known)* | Employer |
| Street Address | 12920 SE 38th Street |
| City and County | Bellevue |
| State and Zip Code | Washington 98006 |
| Telephone Number | Unknown |
| E-mail Address *(if known)* | Unknown |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title *(if known)* | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address *(if known)* | _____ |

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | T-Mobile |
| Street Address | 4851 Whitesburg Dr Ste F2 |
| City and County | Huntsville, Madison County |
| State and Zip Code | Alabama 35802 |
| Telephone Number | Unknown |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

Case 5:26-cv-00344-LCB    Document 1    Filed 03/02/26    Page 4 of 8

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

_____

Relevant state law *(specify, if known)*:

_____

Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me

☒ Termination of my employment

☒ Failure to promote me

☐ Failure to accommodate my disability

☒ Unequal terms and conditions of my employment

☒ Retaliation

☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s):

Earliest: June 6, 2022

Latest: November 28, 2025

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me

☒    is/are not still committing these acts against me

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race                           _____

☐    color                          _____

☒    gender/sex              _____Male_____

☐    religion                      _____

☐    national origin         _____

☐    age *(year of birth)*    _____
                                          *(only when asserting a claim of age discrimination)*

☐    disability or perceived disability *(specify disability)*_____

_____

E.    The facts of my case are as follows. Attach additional pages if needed. _____

I was hired by T-Mobile on February 22, 2022, as a Retail Sales Associate. In October 2023, I was promoted to Retail Sales Manager.

In the summer of 2022, during a team event held outside of work, I was falsely accused of inappropriate conduct. I later discovered that I had been unknowingly drugged at the event. This incident damaged my professional reputation.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Page **5** of 7

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

IV.    **Exhaustion of Federal Administrative Remedies**

    A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: _____

       September 23, 2025

    B.    The Equal Employment Opportunity Commission *(check one)*:

        ☐    has not issued a Notice of Right to Sue letter

        ☒    issued a Notice of Right to Sue letter, which I received on *(date)*: _____

        December 3, 2025

        *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

    C.    Only litigants alleging age discrimination must answer this question:

    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

        ☐    60 days or more have elapsed

        ☐    less than 60 days have elapsed

V.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff requests the following relief:

Back pay, including lost wages and benefits.

Front pay or reinstatement to a comparable position.

Compensatory damages for emotional distress and related harm.

Punitive damages as permitted by law.

Costs of this action.

Any other relief the Court deems just and proper.

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: ___March 1, 2026___

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____Nathan Woodard_____

### B.    For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

_Plaintiff,_

Nathan Woodard

v.

_Defendant(s),_

T-Mobile USA, Inc.

Case No.:_____
_(to be filled in by the Clerk's Office)_

JURY TRIAL ☒ Yes ☐ No

### Continuation of Section III(E) - Statement of Facts

After this incident, I was treated differently by leadership and subjected to increased scrutiny, negative documentation in the company's Workday system, interference with internal promotion opportunities, and denial of advancement.

I made complaints to Human Resources, the Integrity Line, and upper leadership regarding discriminatory and retaliatory treatment. After making these complaints, the retaliation intensified.

On November 28, 2025, I was terminated. I believe my termination, denial of promotion opportunities, and unequal treatment were based on my sex (male) and in retaliation for opposing discrimination, in violation of Title VII of the Civil Rights Act of 1964.